IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
NANCY RIVERA, fka NANCY RIOS, : CHAPTER 13
NANCY GARAY : CASE NO. 1-19-bk-00649/HWV
    **Debtors** :

### CERTIFICATE OF SERVICE

I, John J. Ferry, Jr., Esq., do hereby certify that a true and correct copy of the Debtors'

Second Amended Chapter 13 Plan has been served this 8th day of August, 2019 by U.S.

First Class Mail upon the following lien avoidance creditor:

Ally Financial
ATTN: Officer or Agent Authorized To Receive Service of Process
200 Renaissance Center 482 B09 C24
Detroit, MI 48265

Ally Financial
ATTN: Officer or Agent Authorized To Receive Service of Process
c/o CT Corporation System
600 North Second Street, Suite 401
Harrisburg, PA 17101

                                              /s/ John J. Ferry, Jr., Esq.
                                              John J. Ferry, Jr., Esq.
                                              931 Cumberland Street
                                              Lebanon, PA 17042
                                              Attorney for Debtor