```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                         Case No. 19-00649-HWV
Nancy Rivera                                                   Chapter 13
        Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke          Page 1 of 1              Date Rcvd: Jan 31, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
              +Doris Rivera,   361 North 2nd Street,   Lebanon, PA 17046-3808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    U.S Bank National Association as Trustee, Successor in
               interest to Bank of America, N.A., as Trustee, Successor by merger to Lasalle Bank, N.A., as
               Trustee for MLMI trust, Mortgage Loan Asset-Backed C bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               bkgroup@kmllawgroup.com
              John J Ferry, Jr   on behalf of Debtor 1 Nancy  Rivera jackferry2@gmail.com,
               jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
              Lauren Berschler Karl   on behalf of Creditor    U.S Bank National Association as Trustee,
               Successor in interest to Bank of America, N.A., as Trustee, Successor by merger to Lasalle Bank,
               N.A., as Trustee for MLMI trust, Mortgage Loan Asset-Backed C lkarl@rascrane.com,
               lbkarl03@yahoo.com
              Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               smncina@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nancy Rivera fka Nancy Rios fka Nancy Garay<br>Debtor | Chapter 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE6<br>v.<br>Nancy Rivera fka Nancy Rios fka Nancy Garay<br>and<br>Doris Rivera<br>Charles J. DeHart, III Esq.<br>Additional Respondents | NO. 19-00649 HWV<br><br>11 U.S.C. Sections 362 and 1301 (c) |

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on September 13, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE6 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 361 North 2nd Street Lebanon, PA 17046.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: January 31, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JH)