```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 19-00649-HWV
Nancy Rivera                                                    Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1       User: AutoDocke       Page 1 of 1         Date Rcvd: Mar 09, 2020
                           Form ID: pdf010       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db          +Nancy Rivera,    361 North 2nd Street,    Lebanon, PA 17046-3808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor   U.S Bank National Association as Trustee, Successor in
               interest to Bank of America, N.A., as Trustee, Successor by merger to Lasalle Bank, N.A., as
               Trustee for MLMI trust, Mortgage Loan Asset-Backed C bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee, et al...
               bkgroup@kmllawgroup.com
              John J Ferry, Jr   on behalf of Debtor 1 Nancy  Rivera jackferry2@gmail.com,
               jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
              Lauren Berschler Karl    on behalf of Creditor   U.S Bank National Association as Trustee,
               Successor in interest to Bank of America, N.A., as Trustee, Successor by merger to Lasalle Bank,
               N.A., as Trustee for MLMI trust, Mortgage Loan Asset-Backed C lkarl@rascrane.com,
               lbkarl03@yahoo.com
              Sindi   Mncina    on behalf of Creditor   U.S. Bank National Association, as Trustee, et al...
               smncina@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# United States Bankruptcy Court
## Middle District of Pennsylvania

| | | |
|---|---|---|
| In re  Nancy Rivera | Case No. | 1:19-bk-00649 |
| Debtor(s) | Chapter | 13 |

## ORDER TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

The Debtor(s) filed a motion, in accordance with 11 U.S.C. § 1307(a), seeking to convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code). The court has considered the record and finds that the motion should be granted.

IT IS ORDERED THAT:

This Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code.

The Debtor shall, within 28 days of this Order, file a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case, as required by Federal Rule of Bankruptcy Procedure 1019(5).

Further Ordered that the Chapter 13 Trustee shall comply with the requirements of FRBP 1019.

Dated:  March 9, 2020

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (JH)