

15317-PAM-DE-034528294

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 4, 2020</u>, at <u>7:11</u> o'clock <u>PM PDT</u>, <u>Nancy Rivera</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>June 4, 2020</u>　　　　　By:　　<u>/s/Marissa Bartolome</u>

　　　　　　　　　　　　　　　Name:  <u>Marissa Bartolome</u>

　　　　　　　　　　　　　　　Title:  <u>Counselor</u>