```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 19-00649-HWV
Nancy Rivera                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Jul 08, 2020
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db             +Nancy Rivera,   361 North 2nd Street,   Lebanon, PA 17046-3808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    U.S Bank National Association as Trustee, Successor in
               interest to Bank of America, N.A., as Trustee, Successor by merger to Lasalle Bank, N.A., as
               Trustee for MLMI trust, Mortgage Loan Asset-Backed C bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               bkgroup@kmllawgroup.com
              John J Ferry, Jr   on behalf of Debtor 1 Nancy  Rivera jackferry2@gmail.com,
               jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
              Lauren Berschler Karl    on behalf of Creditor    U.S Bank National Association as Trustee,
               Successor in interest to Bank of America, N.A., as Trustee, Successor by merger to Lasalle Bank,
               N.A., as Trustee for MLMI trust, Mortgage Loan Asset-Backed C lkarl@rascrane.com,
               lbkarl03@yahoo.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.axosfs.com
              Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               smncina@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nancy Rivera,<br>fka Nancy Rios, fka Nancy Garay, | Chapter 7 |
| **Debtor 1** | Case No. 1:19–bk–00649–HWV |

Social Security No.:
        xxx–xx–5705

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

        **Leon P. Haller (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 8, 2020      By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

**fnldec** (05/18)